UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

JAMIE LEE REYNOLDS #373841 )
)
v. ) NO. 2:11-CV-59
) *Mattice/Carter*
JUSTIN JOHNSON )

**MEMORANDUM**

This is a prisoner's *pro se* civil rights action filed under 42 U.S.C. § 1983. The form complaint, which was signed by plaintiff, contained a notice and a warning—the former advising him that he was responsible for keeping the Court informed of any address change, and the latter cautioning him that his failure to provide his correct address within ten [10] days of any address change would result in the dismissal of his case. The Court reiterated the warning in its screening order and in its recent scheduling order, (Docs. 3, 8).

Despite the notice and the warnings, a copy of the scheduling order was mailed to plaintiff on January 30, 2013, to the address he listed as his current address in his complaint and on the summons he completed for service on defendant, but the order was returned to the Court by the postal authorities more than ten days ago, with the face of the envelope marked, "Return to Sender, Attempted- Not Known, Unable to Forward," (Doc. 9). Obviously, plaintiff has failed to supply his correct address and, without it, neither the Court nor the defendant can communicate with him regarding this case.

Therefore, this action will be **DISMISSED** by separate order for plaintiff's failure to prosecute his claims. *See* Rule 41(b) of the Federal Rules of Civil Procedure.

**ENTER**:

           <u>*/s/Harry S. Mattice, Jr.*</u>
           HARRY S. MATTICE, JR.
          UNITED STATES DISTRICT JUDGE